IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No.   4:20-cv-00183-O |
| | § | |
| ABRAHAM MICHAEL FACTOR & | § | |
| KIMBERLEY SUSAN CAMPBELL | § | |
| FACTOR | § | |
| | § | |
| Defendants. | § | |

## AMENDED FINAL JUDGMENT

This Judgment is substituted for the prior Final Judgment (ECF No. 60).   Therefore,

IT IS ORDERED, ADJUDGED AND DECREED that Defendants Abraham Michael Factor and Kimberley Susan Campbell Factor are indebted, jointly and severally, to the United States of America (Internal Revenue Service), in the amount of **$1,056,523.33**, for their 2005, 2006, 2015, and 2016 federal income (Form 1040) taxes, penalties, interest, and statutory additions to tax, as of June 24, 2020, plus additional pre-judgment and post-judgment interest thereon until paid, pursuant to 28 U.S.C. § 1961(c)(1); and 26 U.S.C. §§ 6601, 6621(a)(2), and 6622.

IT IS FURTHER ORDERED that this Court retains jurisdiction over any matter pertaining to this Amended Final Judgment.

**SO ORDERED** on this **26th day of May, 2021.**

_____
Reed O'Connor
UNITED STATES DISTRICT JUDGE

1