IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS

Ft. Worth DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | CIVIL NUMBER  4:20-CV-00183-O |
| vs. | Complete the following if judgment was rendered in another District: |
| ABRAHAM MICHAEL FACTOR and KIMBERLEY SUSAN CAMPBELL FACTOR | District:_____<br>Docket Number: _____<br>Date Entered: _____ |

**ABSTRACT OF JUDGMENT**

In the above entitled and numbered cause a judgment was entered in this Court, or other United States District Court as indicated above and registered herein, on the 26th day of May, 2021, in favor of United States of America

against Abraham Michael Factor and Kimberley Susan Campbell Factor

in the sum of $ **$1,056,523.33** with additional pre-judgment and post-judgment interest from June 24, 2020 until paid, pursuant to 28 U.S.C. § 1961(c)(1); and 26 U.S.C. §§ 6601, 6621(a)(2), and 6622.

Costs have been taxed by the Clerk of Court in the sum of: N/A.

Credits reflected by returns on execution in the sum of: N/A.

The address of the defendant shown in this suit in which said judgment was rendered: 3920 Linden Ave., Fort Worth, Texas 76107 or nature of citation and date and place citation served:

_____.

I certify that the above and foregoing is a true and correct abstract of judgment rendered or registered in this Court.

Witness my hand and seal of the Court this 3rd day of June, 2021.

**AFTER RECORDING RETURN TO:**
Ramona S. Notinger, Esq.
U.S. Dept. of Justice, Tax Division
717 N. Harwood St., Ste. 400
Dallas, Texas 75201
(214) 880-9766

KAREN MITCHELL, CLERK

By _M. Bailey_
Deputy Clerk